# ELECTRONIC RECORD

**1580-14**

COA #   07-13-00414-CR          OFFENSE:   30.02F1

STYLE:   Robert Charles Hines v. The State of Texas          COUNTY:   Potter

COA DISPOSITION:   REVERSED AND REMANDED          TRIAL COURT:   47th District Court

DATE: 09/26/2014          Publish: NO   TC CASE #:   66,474-A

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Robert Charles Hines v. The State of Texas          CCA #:   **1580-14**

_____State's_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 02/04/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**